Boynton
v.
King and Bar-
nard.

JOB BOYNTON, Appellee,

*against*

GIDEON KING and ELI BARNARD, Appellants.

It is a general
rule, that travel
and attendance
shall be taxed
for all defend-
ants in eject-
ment.

EJECTMENT.   Verdict, defendants not guilty.

*Amos Marsh*, for the defendants.

In this cause the opinion of the Court was re-
quired.   Shall travel and attendance be taxed for
each of the defendants ?

By the Court.   It is a general rule, that travel and
attendance shall be separately taxed for all the de-
fendants in ejectment, unless some especial cause be
shewn to the contrary.